

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00310-CV

| | | |
|---|---|---|
| THE UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-332573-22) |
| V. | | |
| | § | April 13, 2023 |
| CELINA GONZALEZ, JOSE GONZALEZ AGUILAR, AND EDNA GONZALEZ AGUILAR, Appellees | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's denial of Appellant The University of North Texas Health Science Center's Rule 91a motion on Appellees Celina Gonzalez, Jose Gonzalez Aguilar, and Edna Gonzalez Aguilar's negligence claims and render judgment that those claims be dismissed with prejudice.

It is further ordered that Appellees Celina Gonzalez, Jose Gonzalez Aguilar, and Edna Gonzalez Aguilar must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr